U.S. DISTRICT COURT – N.D. OF N.Y.
**FILED**
**Jul 29 - 2025**
John M. Domurad, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.  1:25-CR-309 (AMN) |
| | ) | |
| v. | ) | **Indictment** |
| | ) | |
| **EDWARD A. LEON,** | ) | Violation:  18 U.S.C. § 844(i) |
| | ) | [Malicious Use of Fire to |
| | ) | Destroy Property Resulting in |
| | ) | Death] |
| | ) | |
| | ) | 1 Count |
| | ) | |
| **Defendant.** | ) | County of Offense:  Schenectady |

THE GRAND JURY CHARGES:

COUNT 1
[Malicious Use of Fire to Destroy Property Resulting in Death]

On or about May 2, 2013, in Schenectady County in the Northern District of New York, the defendant, **EDWARD A. LEON**, maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire, a building and other real and personal property used in interstate commerce and in any activity affecting interstate commerce, that is, the rental property located at 438 Hulett Street, Schenectady, New York, and as a direct and proximate result of such conduct caused the deaths of David Terry, Michael Terry, Layah Terry, and Donovan Duell, in violation of Title 18, United States Code, Section 844(i).

Dated:   July 29, 2025

                                                A TRUE BILL,

                                                _[signature redacted]_
                                                Grand Jury Foreperson

                                                ** Grand Jury Foreperson Name Redacted **

2

JOHN A. SARCONE III
Acting United States Attorney

By: *[signature]*

Alexander P. Wentworth-Ping
Richard Belliss
Assistant United States Attorney
Bar Roll No. 701897 & 515295