IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **In Re . . .** | ) | Criminal No.    1:25-cr-309-AMN |
| **United States of America** | ) | |
| | ) | **Government's Unsealing Application** |
| **v.** | ) | |
| | ) | |
| **Edward A. Leon,** | ) | |
| | ) | |
| **Defendant.** | ) | |

The United States of America, by and through its counsel of record, the Acting United States Attorney for the Northern District of New York, hereby applies to the Court to unseal the indictment dated July 29, 2025, at ECF No. 1 on Criminal Docket Number 1:25-CR-309-AMN ("Indictment"). The reasons provided for sealing the Indictment are no longer applicable.

Dated: July 31, 2025

JOHN A. SARCONE III
Acting United States Attorney

By:   */s Alexander Wentworth-Ping*
Alexander Wentworth-Ping
Assistant United States Attorney
Bar Roll No. 701897